

GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

HOME (/)

**BUSINESS SEARCH**

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | Absolute Resolutions Investments, LLC | Control Number: | 25002125 |
| Business Type: | Foreign Limited Liability Company | Business Status: | Active/Compliance |
| NAICS Code: | Administrative and Support and Waste Management and Remediation Services | NAICS Sub Code: | Collection Agencies |
| Principal Office Address: | 8000 Norman Center Drive, Ste 350, Bloomington, MN, 55437, USA | Date of Formation / Registration Date: | 12/30/2024 |
| Jurisdiction: | Arizona | Last Annual Registration Year: | 2027 |
| Principal Record Address: | 8000 Norman Center Drive, Ste 350, Bloomington, MN, 55437, USA | | |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | URS AGENTS, INC. (CA) |
| Physical Address: | 3675 Crestwood Parkway, Suite 100, Duluth, GA, 30096, USA |
| County: | Gwinnett |

Filing History    Name History
Return to Business Search

Back

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, G
Phone: (404) 656-2817 Toll-free: (844) 753-7825, WEBSITE: https://sos.ga.gov/
© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19

EXHIBIT A