

# HEADQUARTERS

8425 Seasons Parkway; Suite #106

Woodbury, MN 55125

(833) 976-0969 – (Toll-Free)

info@arconcredit.com

Privacy Notice: Information We Collect

# CORPORATE HEADQUARTERS

8425 Seasons Parkway; Suite #106

Woodbury, MN 55125

