

| | Subscriber Name: | LEGAL ADVOCA |
|---|---|---|
| | Subscriber Code/Market: | |
| | Results Issued: | 4/04/25 13:15 CT |

**INPUT PARAMETERS FOR PRIMARY SUBJECT**
Reference ID:
SSN:
Name: Simmons, Louise
Current Address:

**TRUVISION CREDIT REPORT**

---

**SIMMONS 3, LOUISE T.**

| Also Known As: | SSN: | Phone: | In File Since: 8/88 |
|---|---|---|---|
| SIMMOWS, LOUISE | Date of Birth: | | |
| SIMMONS, LOUISE, K | | | |

| Current Address: | Previous Address: | Previous Address: |
|---|---|---|
| Reported 2/24 | Reported 3/99 | |

**EMPLOYMENT**

| | Position: | Start: | In File Since: 10/96 |
|---|---|---|---|
| | | End: | Effective: |
| | Position: MANA | Start: | In File Since: |
| | | End: | Effective: |

---

**TRUVISION CREDIT SUMMARY** (Total History)

| Public Records: 0 | Collections: | Trades: | Inquiries: 1 |
|---|---|---|---|
| Negative Trade Accounts: | Trade Accounts with Any Historical Negatives: 0 | Occurrence of Historical Negatives: | |

| | High Credit | Credit Limit | Balance | Past Due | Payment | Available |
|---|---|---|---|---|---|---|
| Revolving | | | | | | |
| Mortgage | | | | | | |
| Closed w/Balance | | | | | | |
| Total | | | | | | |

---

**COLLECTIONS**

**ABSRES INV (Y 2H7M001)**            Account #                                              Account Rating  09B
Original Creditor:  U S BANK NATIONAL       Remarks:  PLACED FOR       Amount Placed: $11,731       Opened: 7/24
                   ASSOCIATION(financial)              COLLECTION       Balance: $11,731       Paid:
Account Type:  OPEN                                                     Past Due: $11,731       Closed:
Responsibility:  I                                                      Last Payment:          Verified: 3/25
                                                                                               Update Method: automated

Delinquency    Maximum:                           Payment Pattern
               Amount:                            Start Date:
               Date:

---

**EXHIBIT E**