

# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
## BRAD RAFFENSPERGER

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | Absolute Resolutions Investments, LLC |
| Control Number: | 25002125 |
| Business Type: | Foreign Limited Liability Company |
| Business Status: | Active/Compliance |
| NAICS Code: | Administrative and Support and Waste Management and Remediation Services |
| NAICS Sub Code: | Collection Agencies |
| Principal Office Address: | 8000 Norman Center Drive, Ste 350, Bloomington, MN, 55437, USA |
| Date of Formation / Registration Date: | 12/30/2024 |
| Jurisdiction: | Arizona |
| Last Annual Registration Year: | 2027 |
| Principal Record Address: | 8000 Norman Center Drive, Ste 350, Bloomington, MN, 55437, USA |

### REGISTERED AGENT INFORMATION

Registered Agent Name: **URS AGENTS, INC. (CA)**
Physical Address: **3675 Crestwood Parkway, Suite 100, Duluth, GA, 30096, USA**
County: **Gwinnett**

Back        Filing History        Name History
                    Return to Business Search



EXHIBIT A