Arcon Credit Solutions LLC
8425 Seasons Parkway, Suite 106
Woodbury, MN 55125
833-976-0969 from 8am to 5pm CST, Monday - Friday
TTY: 800-877-8339
securepay.arconcredit.com

08/26/2024

To: LOUISE SIMMONS

SEP 2 3 2024
Arcon Credit Solutions Reference #:

**Arcon Credit Solutions is a debt collector.** We are trying to collect a debt that you owe to Absolute Resolutions Investments LLC. We will use any information you give us to help collect the debt.

**Our information shows:**
You had a KROGER account from U.S. Bank National Association with account number ending in

| | |
|---|---|
| As of 04/30/2024, you owed: | $11,731.38 |
| Between 04/30/2024 and today: | |
| - You were charged this amount in interest: | $ 0.00 |
| - You were charged this amount in fees: | $ 0.00 |
| - You paid or were credited this amount toward the debt: | $ 0.00 |
| **Total amount of the debt now:** | **$ 11,731.38** |

**How can you dispute the debt?**
- Call or write to us by 10/05/2024, to dispute all or part of the debt. If you do not, we will assume that our information is correct.
- If you write to us by 10/05/2024, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at info@arconcredit.com.

**What else can you do?**
- Write to ask for the name and address of the original creditor, if different from the current creditor. If you write by 10/05/2024, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at info@arconcredit.com
- Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.

Notice: See reverse side for important information.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Mail this form to:
Arcon Credit Solutions LLC
8425 Seasons Pkwy.
Suite 106
Woodbury, MN 55125

LOUISE SIMMONS

**How do you want to respond?**
*Check all that apply.*
☐ I want to dispute the debt because I think:
  ☐ This is not my debt
  ☐ The amount is wrong
  ☐ Other (please describe on reverse or attach additional information)

☐ I want you to send me the name and address of the original creditor.

☐ I enclosed this amount: $ _____
  • Make your check payable to Arcon Credit Solutions.
  Include the reference number

EXHIBIT
B