| | |
|---|---|
| Date Sent: | 2025-02-03 20:08:55 |
| From: | LASPD info@mylegaladvocates.org |
| To: | Arcon Credit Solutions info@arconcredit.com |
| CC: | |
| Subject: | ID 12961, Louise Simmons / 586270 |
| | **Click to download or view** |
| Attachments: | |
| | 12961_POA-Only.pdf |

# LASPD®
180 North Michigan Avenue, Suite 908, Chicago, IL 60601

<u>**VIA EMAIL**</u>

February 03, 2025

Arcon Credit Solutions
8425 Seasons Parkway; Suite #106
Woodbury, MN 55125

Re: Louise Simmons


**Consumer's account:** ▇▇▇▇ / Absolute

**Consumer's SSN:** xxx-x▇▇▇▇

LASPD file number: 12961

Dear Sir or Madam:

Please be advised that we represent Louise Simmons regarding your firm's collection activities.

Legal Advocates for Seniors and People with Disabilities (LASPD) is a nationwide program that provides debt-related legal services to seniors and people with disabilities. These individuals receive a fixed and/or limited income, protected by Federal laws, and LASPD advises them of their rights under these laws. Our goal is to persuade creditors and third party collectors to cease collection efforts, including filing a lawsuit, regarding debts such as the one referenced above.

We ask that you, or the creditor you represent, review the below Income and Expense Report as provided by Ms. Simmons . Our client's income is protected from levy, attachment or garnishment by Federal law. Moreover, there is no income available for any payment arrangement or settlement. Accordingly, our client cannot pay the debt(s) that you


EXHIBIT C

are attempting to collect and we ask that you cease all further communications or collection actions. Our client also questions the correctness of the debt(s) you are trying to collect.

In closing, I am prepared to furnish you with other appropriate information you may require. If you have any questions, please contact LASPD at 312-263-1633 or info@mylegaladvocates.org.

Very truly yours,

*[signature: Donald Leibsker]*

Donald Leibsker
Legal Director

Enc.

Legal Advocates for Seniors and People with Disabilities®
Website: www.mylegaladvocates.org   E-Mail: info@mylegaladvocates.org
Phone: 312-263-1633   Fax: 312-263-1637

# CONSENT FORM FOR LEGAL REPRESENTATION

Please allow this form to express my (our) formal consent for Legal Advocates for Seniors and People with Disabilities (LASPD) to act as my (our) agent and to provide limited legal representation on my (our) behalf with respect to my (our) debts. LASPD has authority to communicate and act on my (our) behalf with all creditors and debt collectors. All communication regarding my (our) debts from any and all of my (our) creditors and debt collectors shall be made only through my (our) agent, LASPD. This consent form shall be valid until revoked in writing by the undersigned.

*Louise K. Simmons*
FIRST CLIENT'S NAME

SECOND CLIENT'S NAME

*Louise K. Simmons*
FIRST CLIENT'S SIGNATURE

SECOND CLIENT'S SIGNATURE

12/21/23
DATE SIGNED

DATE SIGNED

Please include a **COPY** of just **ONE** of the following **SIGNED** documents:

1. Driver's License **OR**

2. State I.D. Card **OR**

3. Social Security Card

**REMEMBER – YOU JUST NEED TO INCLUDE ONE OF THE ABOVE.**

# Income and Expense Report

| Type | Category | Description | Amount |
|---|---|---|---|
| Income | Social Security Retirement | As of 12/2023 | ▪ |
| Expense | Utilities | | ▪ |
| Expense | Rent/Mortgage | Mortgage | ▪ |
| Expense | Religious Affiliation Donations | | ▪ |
| Expense | Medical | | ▪ |
| Expense | Life Insurance | | ▪ |
| Expense | Gas/Maintenance | | ▪ |
| Expense | Food | | ▪ |
| Expense | Car Insurance | | ▪ |



Statistics(/stats) > ID 12961, Louise Simmons / 586270

# ID 12961, Louise Simmons / 586270

| Date: | From: | To: | Open tracking: | Click tracking: |
|---|---|---|---|---|
| 2/3/2025, 8:09:00 PM | info@mylegaladvocates.org | info@arconcredit.com | Enabled | Disabled |

| Action | Details | Date |
|---|---|---|
| Message opened | - | 2/4/2025, 9:30:42 AM (+48 seconds) |
| Message opened | - | 2/4/2025, 9:28:18 AM (+48 seconds) |
| Message opened | - | 2/4/2025, 9:27:56 AM (+48 seconds) |
| Message opened | - | 2/4/2025, 9:06:52 AM (+47 seconds) |
| Message opened | - | 2/4/2025, 8:56:14 AM (+46 seconds) |

| Action | Details | Date |
|---|---|---|
| Message opened | - | 2/4/2025, 8:52:12 AM (+46 seconds) |
| Message opened | - | 2/4/2025, 8:48:11 AM (+46 seconds) |
| Message opened | - | 2/4/2025, 8:43:36 AM (+45 seconds) |
| Message opened | - | 2/4/2025, 7:13:21 AM (+40 seconds) |
| Message delivered | - | 2/3/2025, 8:09:16 PM |



Copyright © 2025 Mailjet. All rights reserved

Terms of Service (https://www.mailjet.com/legal/terms/) | Privacy Policy (https://www.mailjet.com/legal/privacy-policy/) | Acceptable Use Policy (https://www.mailjet.com/legal/sending-policy/)