

**TRUVISION CREDIT REPORT**

| | |
|---|---|
| Subscriber Name: | LEGAL ADVOCA |
| Subscriber Code/Market: | |
| Results Issued: | 4/04/25 13:15 CT |

**INPUT PARAMETERS FOR PRIMARY SUBJECT**
Reference ID:
SSN:
Name: Simmons, Louise
Current Address:

---

**SIMMONS 3, LOUISE T.**

| Also Known As: | SSN: | Phone: | In File Since: 8/88 |
|---|---|---|---|
| SIMMOWS,LOUISE | Date of Birth: | | |
| SIMMONS,LOUISE,K | | | |

| Current Address: | Previous Address: | Previous Address: |
|---|---|---|
| | | |
| Reported 2/24 | Reported 3/99 | |

**EMPLOYMENT**



| | Position: | Start: | In File Since: 10/96 |
|---|---|---|---|
| | | End: | Effective: |
| | Position: MANA | Start: | In File Since: |
| | | End: | Effective: |

---

**TRUVISION CREDIT SUMMARY** (Total History)

| Public Records: 0 | Collections: ▇ | Trades: ▇ | Inquiries: 1 |
|---|---|---|---|

| Negative Trade Accounts: ▇ | Trade Accounts with Any Historical Negatives: 0 | Occurrence of Historical Negatives: ▇ | | | |
|---|---|---|---|---|---|
| | High Credit | Credit Limit | Balance | Past Due | Payment | Available |
| Revolving | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| Mortgage | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| Closed w/Balance | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| Total | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |

---

**COLLECTIONS**

**ABSRES INV (Y 2H7M001)**

| | | | |
|---|---|---|---|
| Original Creditor: U S BANK NATIONAL ASSOCIATION(financial) | Account #<br>Remarks: PLACED FOR COLLECTION | Amount Placed: $11,731<br>Balance: $11,731<br>Past Due: $11,731<br>Last Payment: | Account Rating 09B<br>Opened: 7/24<br>Paid:<br>Closed:<br>Verified: 3/25 |
| Account Type: OPEN | | | |
| Responsibility: I | | | Update Method: automated |
| Delinquency | Maximum:<br>Amount:<br>Date: | Payment Pattern<br>Start Date: | |



EXHIBIT E