


David J. Philipps
davephilipps@aol.com
Mary E. Philipps
mephilipps@aol.com
Angie K. Robertson
angie@philippslegal.com

April 5, 2025

Absolute Resolutions Investments, LLC
8000 Norman Center Drive
Suite 350
Bloomington, Minnesota 55437

Re: ***Louise Simmons, [REDACTED] US Bank Account No. ending in [REDACTED]***

To Whom It May Concern:

I, along with my co-counsel, Legal Advocates for Seniors and People with Disabilities ("LASPD"), represent Ms. Simmons regarding your attempt to collect a debt she allegedly owes for a Kroger/US Bank account. As LASPD has previously told your debt collector, Arcon Credit Solutions, the debt you are attempting to collect is disputed. Accordingly, we demand that you do not report this debt without noting that it is disputed.

Very truly yours,

David J. Philipps
DJP:at

9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465
708.974.2900 Fax 708.974.2907
www.philippslegal.com

EXHIBIT F




9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465

PITNEY BOWES
$0.69 0
US POSTAGE IMI
FIRST-CLASS
028W0002310300
2000263507
ZIP 60465
APR 05 2025



Absolute Resolutions Investments, LLC
8000 Norman Center Drive
Suite 350
Bloomington, Minnesota 55437